# EXHIBIT "A"
# TriMED HEALTHCARE, LLC
# BALANCE SHEET STATEMENT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| TRIMED HEALTHCARE, LLC | BANKRUPTCY NO. 23-10847 (PMM) |
| Debtor | |

### VERIFIED STATEMENT

I, BEVERLEY G. JORDAN, of full age, being duly sworn according to law, upon her oath, deposes and states:

1. I am the President of the above-captioned debtor, TRIMED HEALTHCARE, LLC (the "Debtor"). As such, the Debtor does not have a Balance Sheet Statement.

Respectfully submitted,

By: _____
BEVERLEY G. JORDAN

Dated:    March 31, 2023

2