**EXHIBIT "B"**
**TRIMED HEALTHCARE, LLC**
**CASH FLOW STATEMENT**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                    :      **CHAPTER 11**

                         :

**TRIMED HEALTHCARE, LLC**     :

                         :      **BANKRUPTCY NO. 23-10847 (PMM)**

                         :

              **Debtor**       :

                         :

## VERIFIED STATEMENT

I, BEVERLEY G. JORDAN, of full age, being duly sworn according to law, upon her oath, deposes and states:

1.       I am the President of the above-captioned debtor, TRIMED HEALTHCARE, LLC (the "Debtor"). As such, the Debtor does not have a Cash Flow Statement.

Respectfully submitted,

By: _____
BEVERLEY G. JORDAN

Dated:    March 31, 2023

2